## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON MARQUIS PUGH,** | ) | |
| **AIS# 00254312,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 16-00402-WS-N** |
| | ) | |
| **JOSEPH HEADLEY,** | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner, such that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice in part** and **DISMISSED with prejudice in part**, and that the Petitioner is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 13th day of July, 2017.

> **s/WILLIAM H. STEELE**
> **UNITED STATES DISTRICT JUDGE**